UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDOLPH BOLDEN,

        Plaintiff,

v.

DR. MACK, et. al.,

        Defendant.

No. C 13-3919 EDL (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order on September 17, 2013, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated: November 4, 2013.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Bolden3919.dis-fta.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RANDOLPH BOLDEN,

        Plaintiff,

  v.

DR MACK et al,

        Defendant.

Case Number: CV13-03919 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randolph Bolden C-24526
Salinas Valley State Prison
A1-125 Low
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 5, 2013

                              Richard W. Wieking, Clerk